02-10-371-CV














 

 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO.
02-10-00371-CV

 

 

IN THE MATTER OF J.D.

 

 

 

                                                                  

----------

FROM THE 323RD DISTRICT
COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION[1] AND
JUDGMENT

----------

We
have considered “Appellant's Withdrawal Of Notice Of
Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

 

PER
CURIAM

 

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

 

DELIVERED:  January 6, 2011











[1]See Tex. R. App. P. 47.4.